IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-30119-MJR |
| ) | |
| BRUCE E. WALKER, ) | Title 18, United States Code |
| ) | Sections 2252A(5)(B) and 2253 |
| Defendant. ) | |

**FILED**

AUG 2 2 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

<u>INDICTMENT</u>

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>

On or about the 28th day of February, 2007, within St. Clair County, Illinois, within the Southern District of Illinois,

**BRUCE E. WALKER,**

defendant herein, did knowingly possess and attempt to possess a computer hard-drive and other material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer. Such computer hard drive and other materials includes, but is not limited to, files named:

(PTHC) !!-New-!!-Ann-Furry&@nn@ 01[12557].avi;

(Moscow)[9565].mpg;

PTHC - St Petersburg (I07) - 14yo girl strips and gives man a handjob + facial[8955].avi;

pedo - pthc 08 yo rides grandpa babyj r@ygold[15518].mpg

Hc 155 1 - 11Yo Boy And Girl, Nude, Try To Figure Out How To Fuck,Using A Sex Manual Pthc Kiddysex Pedo Childsex 08.26(1[92.mpg

12yr old PUEBLA MEXICANA girl_pthc pedo naked fuck_25.42(250Mb)[11233].mpg

kdv pthc - pedo mom & 13 y old son145.partial[12577].mpg

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT 2

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this Indictment, defendant **BRUCE E. WALKER** shall forfeit to the United States, pursuant to Title 18, United States Code 2253, any and all material that contained any images of child pornography and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforementioned offenses.

The property that is subject to forfeiture referred to in each of the two paragraphs above includes, but is not limited to, the following:

1. Maxtor external hard drive, serial #L42R60RG;

2. Western Digital external hard drive, serial # WXE505084563;

3. Dell Dimension 8400 computer, serial # GDNPM51 containing a Seagate Barracuda hard drive, serial # 3JS3YHT0.

**A TRUE BILL**

_____
FOREPERSON

_____
SUZANNE M. GARRISON
Assistant United States Attorney

_____
RANDY G. MASSEY
United States Attorney

Recommended Bond: $20,000 (10%)