IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-CR-30119-MJR |
| BRUCE E. WALKER, | ) |
| Defendant. | ) |

**ORDER FINDING NO THIRD-PARTY INTERESTS
(FINAL ORDER OF FORFEITURE)**

REAGAN, District Judge:

On October 31, 2008, this Court entered a Preliminary Order for Forfeiture (Doc. 46) against defendant Bruce E. Walker for the following property which had been seized from him:

**Maxtor external hard drive, serial number L42R60RG; and**

**Western Digital external hard drive, serial numberWXE505084563.**

The Order provided that the United States of America would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The United States published a notice on an official government website, http://www.forfeiture.gov, for 30 consecutive days beginning May 13, 2009, and ending June 11, 2009. No third party filed a petition within 30 days after the last date of publication alleging an interest in the property.

The United States moved for an order finding no third-party interests on August 24. (Doc. 54.) Pursuant to 21 U.S.C. § 853(n)(7), the Court **GRANTS** the United States' motion. The

1

Court **FINDS** (1) that no third-party petitions were filed and (2) that the United States of America has clear title to the property that is the subject of the Order of Forfeiture filed on October 31, 2008, namely:

**Maxtor external hard drive, serial number L42R60RG; and**

**Western Digital external hard drive, serial numberWXE505084563.**

The United States Marshal or the Federal Bureau of Investigation shall dispose of the property according to law.

IT IS SO ORDERED.

DATED this 27th day of August, 2009.

                                                s/ Michael J. Reagan
                                                Michael J. Reagan
                                                United States District Judge