IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:07-CR-30119-MJR-1 |
| | ) |
| BRUCE E. WALKER, | ) |
| | ) |
| Defendant. | ) |

**RESPONSE TO MOTION TO TERMINATE SUPERVISED RELEASE AFTER COMPLETION OF ONE YEAR OF SUPERVISION PURSUANT TO 18 USC 3583(e)(1)**

The United States of America through its attorneys, Donald Boyce, United States Attorney for the Southern District of Illinois, and Christopher Hoell, Assistant United States Attorney, responds to Defendant's Motion to Terminate Defendant's Supervised Release Term ("Motion") as follows:.

Defendant pleaded guilty to one count of Possession of Child Pornography and on October 32, 2008, was sentenced to 48 months in the Bureau of Prisons followed by a ten-year term of supervised release (Doc. 51). Defendant's term of supervision commenced on May 24, 2011. On March 15, 2017, Defendant filed his Motion requesting the Court to terminate his term of supervised release early pursuant to 18 U.S.C. §3583(e)(1). Defendant is currently approximately six years through his ten-year term of supervised release. After considering the

factors set forth in 18 U.S.C. §3553(a) and consultation with Probation Officer Jerry Goolsby, the Government has no objection to Defendant's Motion.

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

***/s/ Christopher R. Hoell***
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
Christopher.Hoell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CR-30119-MJR-1 |
| | ) | |
| BRUCE E. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on March 24, 2017, I caused to be electronically filed **RESPONSE TO MOTION TO TERMINATE SUPERVISED RELEASE AFTER COMPLETION OF ONE YEAR OF SUPERVISION PURSUANT TO 18 USC 3583(e)(1)** with the Clerk of Court using the CM/ECF system and I hereby certify that on March 24, 2017, I caused to be mailed by United States Postal Service, the document to the following non-registered participant:

Bruce Walker
839 Vicksburg Dr.
Belleville, IL 62221

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

***/s/ Christopher R. Hoell***
CHRISTOPHER R. HOELL
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
(618) 628-3700
Christopher.Hoell@usdoj.gov